**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SUNTRUST INVESTMENT SERVICES, INC.,**

      **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　　　Case No:   6:17-cv-182-Orl-22GJK

**PEGGY ANN THORLTON,**

      **Defendant.**

## ORDER

This cause is before the Court on Plaintiff SunTrust Investment Services, Inc.'s Motion to Confirm Arbitration Award (Doc. 1) filed on February 2, 2017 and Defendant Peggy Ann Thorlton's Counter-Motion to Vacate Arbitration Award filed on February 23, 2017 (Doc. 3).

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections[1] were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.　　The Report and Recommendation filed May 17, 2017 (Doc. No. 17), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

---

[1] On May 30, 2017, Defendant Thorlton, proceeding pro se, filed a Motion for Leave to File under Seal her two-sentence "Written Objection of Legal Conclusion and Recommendation of Denied Motion to Vacate Arbitration Award." Doc. 18. On June 1, 2017, Magistrate Judge Kelly denied the Motion for lack of any supporting argument and detailed information about the documents Thorlton proposed to file under seal. Doc. 19. Thorlton did not file any other objections.

    2.    Plaintiff's Motion to Confirm Arbitration Award (Doc. 1) is hereby **GRANTED**. The Arbitration Award issued by the Financial Industry Regulatory Authority on January 27, 2017 is **CONFIRMED**.

    3.    Defendant Thorlton's Counter-Motion to Vacate Arbitration Award (Doc. 3) is **DENIED**.

    4.    The Clerk shall enter judgment in favor of Plaintiff SunTrust Investment Services, Inc. against Defendant Peggy Ann Thorlton in the amount of $131,483.03, plus daily interest in the amount of $17.88 per day beginning from January 27, 2017 until the judgment is paid in full.

    5.    The Clerk is **DIRECTED** to close the case.

**DONE** and **ORDERED** in Orlando, Florida on July 19, 2017.

*[signed]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties